# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                §
                                      §
                                      §
KELLY, APRIL ANNE                     §         Case No. 12-50272
                                      §
_____Debtor(s)_____§_____

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/W. Donald Gieseke, Trustee_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | |
|---|---|
| Case No: 12-50272    BTB    Judge: Bruce T. Beesley | Trustee Name: W. Donald Gieseke, Trustee |
| Case Name: KELLY, APRIL ANNE | Date Filed (f) or Converted (c): 02/10/12 (f) |
| | 341(a) Meeting Date: 03/15/12 |
| For Period Ending: 04/07/14 | Claims Bar Date: 05/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1280 DODSON WAY, SPARKS, NV 89431 | 81,000.00 | 0.00 | | 0.00 | FA |
| 2. CITY OF SPARKS CREDIT UNION CHECKING ACCT # | 0.00 | 0.00 | | 0.00 | FA |
| 3. CITY OF SPARKS SAVINGS ACCT # | 0.00 | 0.00 | | 0.00 | FA |
| 4. STANDARD HOUSEHOLD GOODS AND FURNITURE | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING AND SHOES | 500.00 | 0.00 | | 0.00 | FA |
| 6. HUNTING RIFLE | 200.00 | 0.00 | | 0.00 | FA |
| 7. 1995 CHEVY SUBURBAN 199K MILES | 2,400.00 | 0.00 | | 0.00 | FA |
| 8. 1974 FORD PICKUP  THIS IS NON FILING HUSBAND'S GRANDFATHER'S TRUCK. THE TITLE IS IN NON FILINGS HUSBAND'S GRANDFATHERS NAME. | 1,300.00 | 0.00 | | 0.00 | FA |
| 9. 19XX TOYOTA PICKUP XXXK MILES  1979 TOYOTA PICKUP - NON FILING HUSBAND'S EMPLOYER'S VEHICLE - NOT IN NON FILING HUSBANDS NAME. | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2 DOGS | 1.00 | 0.00 | | 0.00 | FA |
| 11. 2011 TAX REFUND (u)  DEBTOR RECEIVED $4,003.00 IN 2011 TAX REFUND MINUE $151.00 IN (aa) EXEMPTION AND $999.00 IN (z) EXEMPTION EQUALS $2,853.00 DUE TO ESTATE. | 4,003.00 | 2,853.00 | | 2,853.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $91,404.00    $2,853.00        $2,853.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-50272   BTB   Judge: Bruce T. Beesley | Trustee Name: | W. Donald Gieseke, Trustee |
| Case Name: | KELLY, APRIL ANNE | Date Filed (f) or Converted (c): | 02/10/12 (f) |
| | | 341(a) Meeting Date: | 03/15/12 |
| | | Claims Bar Date: | 05/24/13 |

3-31-14 - TRUSTEE COLLECTED NON EXEMPTED 2011 TAX REFUND FOR $2,853.00 FROM DEBTOR.

3-31-14 - TRUSTEE REC'D FINAL PAYMENT OF $773.00 FOR 2011 TAX REFUND.

9-25-13 - DEBTOR SUBMITTED A $300.00 PAYMENT FOR THE 2011 TAX REFUND DUE TO THE ESTATE.

3-22-13 - DEBTOR MADE A $200.00 PAYMENT TOWARD THE 2011 TAX REFUND OWED TO BK ESTATE.  TRUSTEE WILL CONTINUE TO COLLECT PAYMENTS FROM DEBTOR.

4-19-12 - TRUSTEE HAS ISSUED DEMAND ON THE 2011 TAX REFUND FOR $2,853.00.  DEBTOR IS MAKING PAYMENTS TO THE BK ESTATE.

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1  
Exhibit B

| Case No: | 12-50272 -BTB | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|
| Case Name: | KELLY, APRIL ANNE | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******6359  Checking Account |
| Taxpayer ID No: | *******0125 | | |
| For Period Ending: | 04/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 29.98 | | 29.98 |
| 11/07/12 | 11 | APRIL ANNE KELLY<br>1280 DODSON WAY<br>SPARKS, NV  89431 | PYMT #2 FOR 2011 TAX REFUND | 1224-000 | 100.00 | | 129.98 |
| 12/07/12 | 11 | APRIL ANNE KELLY - CHK<br>1280 DODSON WAY<br>SPARKS, NV  89431 | PYMT #3 FOR 2011 TAX REFUND | 1224-000 | 100.00 | | 229.98 |
| 01/08/13 | 11 | APRIL ANNE KELLY - CASHIERS CHK<br>1280 DODSON WAY<br>SPARKS, NV  89431 | PYMT #4 FOR 2011 TAX REFUND | 1224-000 | 100.00 | | 329.98 |
| 02/06/13 | 11 | APRIL ANNE KELLY - CASHIERS CHKI<br>1280 DODSON WAY<br>SPARKS, NV  89431 | PYMT # 5 2011 TAX REFUND | 1224-000 | 100.00 | | 429.98 |
| 03/11/13 | 11 | APRIL ANNE KELLY - CASHIER CHK<br>1280 DODSON WAY<br>SPARKS, NV  89431 | PYMT #6 FOR 2012 TAX REFUND | 1224-000 | 1,000.00 | | 1,429.98 |
| 03/22/13 | 11 | APRIL ANNE KELLY - MONEY ORDER<br>1280 DODSON WAY<br>SPARKS, NV  89431 | PYMT #7 FOR 2011 TAX REFUND | 1224-000 | 200.00 | | 1,629.98 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,614.98 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,599.98 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,584.98 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,569.98 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,554.98 |
| 09/25/13 | 11 | APRIL ANNE KELLY - MONEY ORDER<br>1280 DODSON WAY<br>SPARKS, NV  89431 | PYMT #8 FOR 2011 TAX REFUND | 1224-000 | 300.00 | | 1,854.98 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,839.98 |
| | | | Page Subtotals | | 1,929.98 | 90.00 | |

UST Form 101-7-TFR (5/1/2011) (Page: 5)  
LFORM24  
Ver: 17.05c

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-50272 -BTB | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|
| Case Name: | KELLY, APRIL ANNE | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******6359  Checking Account |
| Taxpayer ID No: | *******0125 | | |
| For Period Ending: | 04/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,824.98 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,809.98 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,794.98 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,779.98 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,764.98 |
| 02/26/14 | 11 | APRIL ANNE KELLY - MONEY ORDER 1280 DODSON WAY SPARKS, NV  89431 | PYMT #9 2011 TAX REFUND | 1224-000 | 150.00 | | 1,914.98 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,899.98 |
| 03/31/14 | 11 | APRIL ANNE KELLY - CASHIERS CHK 1280 DODSON WAY SPARKS, NV  89431 | PYMT #10 ON 2011 TAX REFUND | 1224-000 | 773.00 | | 2,672.98 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,852.98 | 180.00 | 2,672.98 |
| Less:  Bank Transfers/CD's | 29.98 | 0.00 | |
| Subtotal | 2,823.00 | 180.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,823.00 | 180.00 | |

Page Subtotals    923.00    90.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 17.05c

LFORM24

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 12-50272 -BTB | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|
| Case Name: | KELLY, APRIL ANNE | Bank Name: | Bank of America, N.A. |
|  |  | Account Number / CD #: | *******2822  Money Market Account |
| Taxpayer ID No: | *******0125 |  |  |
| For Period Ending: | 04/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 09/25/12 | 11 | APRIL ANNE KELLY - MONEY ORDER<br>1280 DODSON WAY<br>SPARKS, NV  89431 | PYMT # 1 FOR 2011 TAX REFUND | 1224-000 | 30.00 |  | 30.00 |
| 10/18/12 |  | Bank of America, N.A.<br>901 Main Street<br>9th Floor<br>Dallas, TX  75283 | BANK FEES | 2600-000 |  | 0.02 | 29.98 |
| 10/18/12 |  | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 |  | 29.98 | 0.00 |

|  | COLUMN TOTALS | 30.00 | 30.00 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 29.98 |  |
|  | Subtotal | 30.00 | 0.02 |  |
|  | Less:  Payments to Debtors |  | 0.00 |  |
|  | Net | 30.00 | 0.02 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6359 | 2,823.00 | 180.00 | 2,672.98 |
| Money Market Account - ********2822 | 30.00 | 0.02 | 0.00 |
|  | 2,853.00 | 180.02 | 2,672.98 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    30.00    30.00

|  |  | EXHIBIT C |  |  |
|---|---|---|---|---|
| Page 1 |  | ANALYSIS OF CLAIMS REGISTER |  | Date: April 07, 2014 |

Case Number: 12-50272  
Debtor Name: KELLY, APRIL ANNE  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | BUSINESS AND PROFESSIONAL COLLECTION SERVICE INC. 816 SOUTH CENTER ST. RENO NEVADA 89501 | Unsecured |  | $947.67 | $0.00 | $947.67 |
| 000002 070 7100-00 | Frontier Financial CV Acct No 230160000 P.O. Box 20700 Reno, NV 89515 | Unsecured |  | $10,059.92 | $0.00 | $10,059.92 |
| 000003 070 7100-00 | ECAST SETTLEMENT CORP, ASSIGNEE OF CAPITAL ONE, N.A. BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL ROAD, SUITE #200 TUCSON, AZ 85712 | Unsecured |  | $1,018.46 | $0.00 | $1,018.46 |
|  | Case Totals: |  |  | $12,026.05 | $0.00 | $12,026.05 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-50272  
Case Name: KELLY, APRIL ANNE  
Trustee Name: W. Donald Gieseke, Trustee  

  Balance on hand                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: W. Donald Gieseke, Trustee | $ | $ | $ |
| Trustee Expenses: W. Donald Gieseke, Trustee | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses       $_____  
  Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BUSINESS AND PROFESSIONAL COLLECTION SERVICE INC. | $ | $ | $ |
| 000002 | Frontier Financial CV | $ | $ | $ |
| 000003 | ECAST SETTLEMENT CORP, | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE